## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BERKS-LEHIGH REGIONAL POLICE OFFICERS ASSOCIATION, | : | No. 750 MAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UPPER MACUNGIE TOWNSHIP, | : | |
| TOPTON BOROUGH, LYONS | : | |
| BOROUGH, AND MAXATAWNY | : | |
| TOWNSHIP, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.